UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-00053-TLN-KJN |
| | No. 2:24-cv-00238-TLN-KJN |
| | No. 2:24-cv-00251-TLN-KJN |
| | No. 2:24-cv-00252-TLN-KJN |
| | No. 2:24-cv-00254-TLN-KJN |
| | No. 2:24-cv-00255-TLN-KJN |
| | No. 2:24-cv-00256-TLN-KJN |
| | No. 2:24-cv-00257-TLN-KJN |
| | No. 2:24-cv-00259-TLN-KJN |
| | No. 2:24-cv-00260-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new pleading and assign it to the undersigned for review. (*Id.* at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

      The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

      Accordingly, the complaints/petitions in Case Nos. 2:24-cv-00053, 2:24-cv-00238, 2:24-cv-00251, 2:24-cv-00252, 2:24-cv-00254, 2:24-cv-00255, 2:24-cv-00256, 2:24-cv-00257, 2:24-cv-00259, and 2:24-cv-00260 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

      IT IS SO ORDERED.

Dated:     February 15, 2024

Troy L. Nunley
United States District Judge